IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER ANGELO BERTINELLI and KRYSTI LEIGH BERTINELLI, his wife,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC,<br><br>  Defendant. | No. 3:20-CV-01558<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 10th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss Counts 2-5 (Doc. 8) is **GRANTED**.

2. Plaintiffs may file an amended complaint, if they choose, by December 24, 2020. If no amended complaint is filed by that date, the action will proceed exclusively on Count 1, which Defendant has not opposed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge