## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ANGELO
BERTINELLI and KRYSTI LEIGH
BERTINELLI, his wife,

      Plaintiffs,

    v.

TRANSCONTINENTAL GAS PIPE
LINE COMPANY, LLC,

      Defendant.

No. 3:20-CV-01558

(Judge Brann)

## ORDER

**AND NOW**, this 27th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Defendant's motion to dismiss Counts 2 and 3 of the Amended Complaint (Doc. 16) is **GRANTED IN PART AND DENIED IN PART**.

    a.    The motion is denied as to the breach of contract claim.

    b.    The motion is granted as to the private nuisance claim.

2.    Defendant's answer to the Amended Complaint due no later than June 10, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge